JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELAINE K. VILLARREAL, | ) | No.  CV 16-3705-SJO (PJW) |
| Plaintiff, | ) | |
| | ) | ORDER TRANSFERRING ACTION TO THE |
| v. | ) | UNITED STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF CALIFORNIA |
| COUNTY OF FRESNO – FRESNO COUNTY JAIL S.A.J., | ) | |
| | ) | |
| Defendants. | ) | |

On May 27, 2016, Plaintiff, a state prisoner in the Fresno County Jail, filed this civil rights action, complaining about conditions in the jail.  Fresno County is located in the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Thus, venue lies there.  28 U.S.C. § 2241(d).

**IT IS THEREFORE ORDERED** that this action be transferred to the United States District Court for the Eastern District of California.

1     **IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this
2  Order on Plaintiff.[1]

4     DATE: June 7, 2016

   _____
   S. JAMES OTERO
   UNITED STATES DISTRICT JUDGE

8  Presented by:

   _____
11 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

25 C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Ord_transfer.wpd

---

[1] Petitioner used a habeas corpus form to file this action but clearly it is a civil rights case. The Court has not addressed whether she qualifies to proceed without prepaying the filing fee.

2